ASSOCIATED METALS & MINERALS CORPORATION, Appellant, v. BILGIN MADEN, LTD., Defendant. UNITED STATES OF AMERICA, Respondent.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See *post*, p. 926.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. MERCER HICKS CORPORATION et al., Defendants. MILDRED G. MUNZERT, Appellant; DANIEL J. RIESNER, as Receiver of MERCER HICKS CORPORATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

■

GERTRUDE BORG, Respondent, v. ARNE R. BORG, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

■

ARTHUR H. SPIEGEL, Respondent, v. No. 1225 FULTON AVENUE CORP., Appellant.— Order unanimously modified so as to eliminate items 1, 4 and 5 and, as so modified, affirmed, with $10 costs and disbursements to the appellant. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

■

ARTHUR H. SPIEGEL, Respondent, v. No. 1225 FULTON AVENUE CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. The existence or availability to the plaintiff of the causes of action pleaded in the complaint cannot be determined in this motion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [Order denied motion to dismiss complaint.]

■

THOMAS E. O'BRIEN COMPANY, INC., Respondent, v. CITY OF NEW YORK, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

■

VALERIE RYND, Respondent, v. CHARLES RYND, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

■

JACOB SIMKIN, Respondent, v. WILLIAM J. CONNOLLY, as Executor and Trustee under the Will of J. J. CONNOLLY, Deceased, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon. Callahan and Shientag, JJ.